# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 12/31/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final | 01/01/2020<br>**to**<br>10/24/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | DLA Piper Law Firm Retirement Plan. | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 3.   Bank of America (cash) | A | Interest | K | T | | | | | |
| 4.   Potomac Cliffs at Watson House Real Estate Partnership | | None | K | R | | | | | |
| 5.   Hartford Life Second-to-Die Whole Life Insurance Policy | | None | M | T | | | | | |
| 6.   Commonwealth Annuity Whole Life Policy | | None | K | T | | | | | |
| 7.   Account #1 (H) | | | | | | | | | |
| 8.   Morgan Stanley Bank NA (cash) (Y) | | | | | | | | | |
| 9.   3M Common Stock (MMM) | C | Dividend | M | T | | | | | |
| 10.   Abbvie Inc Com (ABBV) | | None | K | T | Buy | 10/13/20 | K | | |
| 11.   Ally Financial Inc (ALLY) | A | Dividend | L | T | Buy | 01/17/20 | K | | |
| 12.   | | | | | Buy (add'l) | 06/01/20 | K | | |
| 13.   | | | | | Buy (add'l) | 07/06/20 | K | | |
| 14.   Alphabet, Inc. Common Stock (GOOG) | | None | M | T | | | | | |
| 15.   American Express Common Stock (AXP) | B | Dividend | L | T | | | | | |
| 16.   Apple Common Stock (AAPL) | A | Dividend | L | T | | | | | |
| 17.   Bank of America Common Stock (BAC) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | Buy (add'l) | 08/10/20 | J | | |
| 19. Cisco Systems Common Stock (CSCO) | C | Dividend | L | T | | | | | |
| 20. Comcast Common Stock (CMCSA) | C | Dividend | M | T | | | | | |
| 21. Emerson Electric Common Stock (EMR) | A | Dividend | K | T | | | | | |
| 22. Home Depot Common Stock (HD) | C | Dividend | M | T | | | | | |
| 23. J.P. Morgan Chase Common Stock (JPM) | C | Dividend | M | T | | | | | |
| 24. Marriott Int'l Common Stock (MAR) | A | Dividend | K | T | | | | | |
| 25. Microsoft Common Stock (MSFT) | B | Dividend | M | T | | | | | |
| 26. Mondelez Int'l Inc (MDLZ) | B | Dividend | L | T | | | | | |
| 27. Pepsico Common Stock (PEP) | C | Dividend | M | T | | | | | |
| 28. Pfizer Inc. (PFE) | B | Dividend | L | T | | | | | |
| 29. Philip Morris Int'l Common Stock (PM) | B | Dividend | K | T | | | | | |
| 30. TE Connectivity Ltd. New (TEL) | A | Dividend | | | Sold | 10/13/20 | K | E | |
| 31. Verizon Common Stock (VZ) | B | Dividend | L | T | | | | | |
| 32. Viacomcbs Inc CL B (VIAC) | B | Dividend | K | T | | | | | |
| 33. Walmart Common Stock (WMT) | B | Dividend | M | T | | | | | |
| 34. Walt Disney Common Stock (DIS) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williams Co Inc (WMB) | C | Dividend | L | T | | | | | |
| 36. Apollo Investment Common Stock (AINV) | B | Dividend | J | T | | | | | |
| 37. Eaton Vance LTD Duration Income Fund (EVV) | B | Dividend | K | T | | | | | |
| 38. Gabelli Div & INCM TR (GDV) | C | Dividend | L | T | | | | | |
| 39. Kayne and Midstream/Engy Fd (KMF) | A | Dividend | J | T | | | | | |
| 40. New Germany Fund (GF) | A | Dividend | K | T | | | | | |
| 41. Financial Sel Sect SPDR Fund (XLF) | A | Dividend | K | T | | | | | |
| 42. ACAP Strategic Interval (XCAPX) | | None | L | T | | | | | |
| 43. Skybridge Mul-Ad Ser G (CAI01) | | None | L | T | | | | | |
| 44. Carnival CP New Paired Com (CCL) (Y) | | | | | | | | | |
| 45. Halliburton Common Stock (HAL) (Y) | | | | | | | | | |
| 46. Service PPTYS Tr Sh Ben Int (SVC) (Y) | | | | | | | | | |
| 47. Southwest Airlines Common Stock (LUV) (Y) | | | | | | | | | |
| 48. Account #2 (H) | | | | | | | | | |
| 49. Davis New York Venture A Mutual Fund (NYVTX) | | None | O | T | Buy (add'l) | 05/15/20 | K | | |
| 50. | | | | | Buy (add'l) | 07/16/20 | L | | |
| 51. Davis New York Venture C Mutual Fund (NYVCX) | | None | | | Sold (part) | 05/15/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | Sold | 07/16/20 | K | | |
| 53. | Account #3 (H) | | | | | | | | | |
| 54. | UBS Bank USA (cash) | A | Interest | K | T | | | | | |
| 55. | Energy Select Sector SPDR Fund ETF (XLE) | | None | | | Buy | 03/05/20 | K | | |
| 56. | | | | | | Sold | 03/19/20 | J | | |
| 57. | First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | | | Sold | 04/30/20 | K | C | |
| 58. | IShares US Technology ETF (IYW) | A | Dividend | M | T | | | | | |
| 59. | IShares US Healthcare ETF (IYH) | A | Dividend | L | T | | | | | |
| 60. | IShares US Consumer Goods ETF (IYK) | B | Dividend | M | T | | | | | |
| 61. | IShares US Real Estate ETF (IYR) | A | Dividend | K | T | | | | | |
| 62. | IShares US Consumer Services ETF (IYC) | A | Dividend | M | T | | | | | |
| 63. | IShares US Energy ETF (IYE) | | None | | | Sold | 03/05/20 | K | | |
| 64. | Vanguard Financials ETF (VFH) | A | Dividend | K | T | | | | | |
| 65. | IShares Floating Rate Bond ETF (FLOT) | B | Dividend | | | Sold | 07/10/20 | M | | |
| 66. | IShares Core US Aggregate Bond Etf (AGG) | A | Dividend | M | T | Buy | 07/10/20 | M | | |
| 67. | SPDR Portfolio Aggregate Bond ETF (SPAB) | A | Dividend | M | T | Buy | 07/10/20 | M | | |
| 68. | Vanguard Short-term Corporate Bond ETF (VCSH) | B | Dividend | | | Sold | 07/10/20 | M | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Total Bond Mkt ETF (BND) | B | Dividend | L | T | | | | | |
| 70. Account #4 (H) | | | | | | | | | |
| 71. Ishares 20+ Yr Treasu Bond ETF (TLT) | A | Dividend | | | Sold (part) | 03/16/20 | J | B | |
| 72. | | | | | Sold | 03/18/20 | K | C | |
| 73. IShares Barclays 1-3 Yr TSY Bd (SHY) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |
| 74. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 75. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 76. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 77. Ishares IBoxx HY Cor BD ETF (HYG) | A | Dividend | K | T | Buy | 04/08/20 | J | | |
| 78. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 79. IShares MSCI Japan ETF (EWJ) | | None | | | Sold | 05/20/20 | J | B | |
| 80. IShares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 81. PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | Sold (part) | 04/08/20 | J | | |
| 82. Alger Small Cap Growth Inst. (AISZX) | | None | J | T | | | | | |
| 83. Artisan Midcap Value Inv. (APDQX) | | None | K | T | Buy (add'l) | 03/18/20 | J | | |
| 84. Blackrock Equity Dividend (MADVX) | A | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 85. | | | | | Buy (add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Columbia Select Large Cap Growth (UMLGX) | B | Dividend | K | T | Buy (add'l) | 03/18/20 | J | | |
| 87. | | | | | Sold (part) | 05/20/20 | J | | |
| 88. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 89. Invesco Opp Intl Growth Y (OIGYX) | | None | L | T | Buy (add'l) | 03/18/20 | J | | |
| 90. | | | | | Sold (part) | 05/20/20 | J | A | |
| 91. PGIM Jennison Mid Cap GRW Z (PEGZX) | | None | K | T | Buy (add'l) | 03/18/20 | J | | |
| 92. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 93. Royce Premier Inv. (RYPRX) | | None | J | T | Buy (add'l) | 05/20/20 | J | | |
| 94. Virtus Insight Emerg. Mkts. (HIEMX) | | None | K | T | Buy (add'l) | 03/18/20 | J | | |
| 95. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 96. Wells Fargo Emerg. Mkts. (EMGNX) | | None | K | T | | | | | |
| 97. Account #5 (H) | | | | | | | | | |
| 98. Ishares 20+ Yr Treasu Bond ETF (TLT) | A | Dividend | | | Sold (part) | 03/16/20 | J | A | |
| 99. | | | | | Sold | 03/18/20 | J | B | |
| 100. IShares Barclays 1-3 Yr Trs Bd (SHY) | A | Dividend | J | T | | | | | |
| 101. IShares Core U.S. Aggregate Fd (AGG) | A | Dividend | J | T | Buy (add'l) | 03/18/20 | J | | |
| 102. Ishares IBoxx HY Cor BD ETF (HYG) | A | Dividend | J | T | Buy | 04/08/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 104.  IShares MSCI Japan ETF (EWJ) | | None | | | Sold | 05/20/20 | J | A | |
| 105.  IShares TIPS Bond ETF (TIP) | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 106.  PIMCO Enhanced Shrt Mtrt Exc (MINT) | A | Dividend | J | T | | | | | |
| 107.  Alger Small Cap Growth 22 (AISZX) | | None | J | T | | | | | |
| 108.  Artisan Midcap Value Inv. (APDQX) | | None | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 109.  Blackrock Equity Dividend I (MADVX) | A | Dividend | K | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 110.  Columbia Select Large Cap Growth<br>(UMLGX) | B | Dividend | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 111. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 112.  Invesco Opp Intl Growth Y (OIGYX) | | None | K | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 113. | | | | | Sold<br>(part) | 05/20/20 | J | A | |
| 114.  PGIM Jennison Mid Cap GRW Z (PEGZX) | | None | J | T | Buy<br>(add'l) | 03/18/20 | J | | |
| 115.  Royce Premier Inv. (RYPRX) | | None | J | T | Buy<br>(add'l) | 05/20/20 | J | | |
| 116.  Wells Fargo Emerg. Mkts. (EMGNX) | | None | J | T | | | | | |
| 117.  Account #6 (H) | | | | | | | | | |
| 118.  Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 119.  Dish Network Corp Class A (DISH) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Cohen & Steers CEF Opp Fd. Inc. (FOF) | B | Dividend | K | T | | | | | |
| 121. Goldman Sachs Step-Up Callable Note (38148TNJ4) | A | Interest | | | Redeemed | 02/18/20 | K | | |
| 122. Skybridge Multi-Advisor Hedge Fund (CAI01) | | None | L | T | | | | | |
| 123. Account #7 (H) | | | | | | | | | |
| 124. Fidelity VIP Contrafund-Serv | | None | K | T | | | | | |
| 125. MFS VIT I Research Series Serv | | None | K | T | | | | | |
| 126. Franklin Mutual Shares VIP Fund | | None | K | T | | | | | |
| 127. First Eagle Overseas Variable | | None | K | T | | | | | |
| 128. Pimco VIT Total Return Bond PO | | None | J | T | | | | | |
| 129. Account #8 (H) | | | | | | | | | |
| 130. Neuber AMT Short Duration Bond I | | None | K | T | | | | | |
| 131. MFS VIT Value Ser Svc | | None | J | T | | | | | |
| 132. NW NVIT Vw Fd II (Y) | | | | | | | | | |
| 133. NW NVIT Aqr Lg Cap Defn Style II (X) | | None | J | T | | | | | |
| 134. Invsco Opp VI Mn St II (was Opp Mn St Va Svc) | | None | J | T | | | | | |
| 135. Fid VIP Invmt Grd Bd Svc 2 | | None | K | T | | | | | |
| 136. NW NVIT Gov't Bond I | | None | K | T | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)          F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)          N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
          P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
(See Column C2)          U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pimco VIT Low Duration Adv | | None | J | T | | | | | |
| 138. NW NVIT WF Disc II (X) | | None | J | T | | | | | |
| 139. NW NVIT Multi Manager Midcap Growth II (Y) | | | | | | | | | |
| 140. Multi Manager Midcap Value II | | None | J | T | | | | | |
| 141. NW NVIT Gov Mny Mkt I | | None | J | T | | | | | |
| 142. NW NVIT Allianzgi Intl Gr II | | None | J | T | | | | | |
| 143. NW NVIT Gov Multi Manager Int'l Growth II (Y) | | | | | | | | | |
| 144. NW NVIT Gov Multi Manager Large Cap Growth II (Y) | | | | | | | | | |
| 145. NW NVIT Jcbs Lvy Lg Cap Gr II (X) | | None | J | T | | | | | |
| 146. NW Neuber NVIT Soc Resp II (Y) | | | | | | | | | |
| 147. NW NVIT Newton Sust US Eq II (X) | | None | J | T | | | | | |
| 148. NW Tmp NVIT Intl Val I (Y) | | | | | | | | | |
| 149. NW NVIT Col Ovrseas Val I (X) | | None | J | T | | | | | |
| 150. NW NVIT Cor Bd II | | None | K | T | | | | | |
| 151. Account #9 (H) | | | | | | | | | |
| 152. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 153. Clearbridge All Cap Value A (SHFVX) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.　Account #10 (H) | | | | | | | | | |
| 155.　Morgan Stanley Bank NA (cash) (X) | A | Interest | J | T | | | | | |
| 156.　Bank of America Common Stock (BAC) | B | Dividend | L | T | | | | | |
| 157.　Exxon Mobil Common Stock (XOM) | B | Dividend | K | T | | | | | |
| 158.　U.S. Steel Common Stock (X) | A | Dividend | J | T | | | | | |
| 159.　Account #11 (H) | | | | | | | | | |
| 160.　Morgan Stanley Bank NA (cash) (Y) | | | | | | | | | |
| 161.　IShares Inc. MSCI Japan ETF (EWJ) | A | Dividend | J | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 162.　Ishares JP Morgan EM Bond ETF (EMB) | A | Dividend | J | T | | | | | |
| 163.　IShares Russell Midcap G ETF (IWP) | | None | | | Sold | 01/30/20 | J | A | |
| 164.　IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 165.　PIMCO Enhanced Short Mtrt (MINT) | A | Dividend | L | T | Sold<br>(part) | 04/14/20 | J | | |
| 166.　SPDR Nuveen BBG Short-Term (SHM) | A | Dividend | L | T | Sold<br>(part) | 03/23/20 | J | | |
| 167.　Alger Small Cap Growth Inst. (AISZX) | | None | J | T | | | | | |
| 168.　American Century FOC Dynamic GRW I<br>(ACFSX) | | None | K | T | | | | | |
| 169.　American Century Intl. Bond (AIBHX) | | None | | | Sold | 04/14/20 | J | | |
| 170.　American Europacific Growth F1 (AEPFX) | | None | L | T | Sold<br>(part) | 04/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>　(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>　(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>　(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  American Growth Fund of America F2 (GFFFX) | | None | K | T | Buy (add'l) | 04/14/20 | J | | |
| 172.  Baron Small Cap Retail (BSFIX) | | None | J | T | Sold (part) | 10/09/20 | J | A | |
| 173.  Davis New York Venture Y (DNVYX) | | None | K | T | Buy (add'l) | 04/14/20 | J | | |
| 174.  Federated Strategy Val Div Inst Fd (SVAIX) | A | Dividend | K | T | Buy (add'l) | 04/14/20 | J | | |
| 175.  Franklin Fed Intm Trm Txfr Adv (FITZX) | B | Dividend | L | T | Sold (part) | 04/14/20 | J | | |
| 176.  Goldman Sachs Grw Opport I (GGOIX) | | None | | | Buy | 01/30/20 | J | | |
| 177. | | | | | Sold | 04/14/20 | J | | |
| 178.  Invesco American Value Y (MSAIX) | | None | J | T | | | | | |
| 179.  Invesco Opp Intl BD Y (OIBYX) | A | Dividend | | | Sold | 04/14/20 | J | | |
| 180.  Invesco Opp Intl Growth Y (OIGYX) | | None | L | T | Sold (part) | 04/14/20 | J | | |
| 181.  JP Morgan Emerging Markets Sel (JEMSX) | | None | K | T | Buy (add'l) | 04/14/20 | J | | |
| 182.  JP Morgan Mid Cap Value S (JMVSX) | | None | J | T | | | | | |
| 183.  Lazard Emerging Markets 1 (LZEMX) | A | Dividend | K | T | Buy (add'l) | 04/14/20 | J | | |
| 184.  Nationwide Geneva MDCP GW F (NWHYX) | | None | | | Sold | 04/14/20 | J | A | |
| 185.  Royce Total Return Inv. (RYTRX) | A | Dividend | K | T | Buy (add'l) | 04/14/20 | J | | |
| 186.  T Rowe Price High Yield (PRHYX) | A | Dividend | J | T | Buy (add'l) | 04/14/20 | J | | |
| 187.  Vanguard Short Term Bnd (VBIRX) | | None | | | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 03/27/20 | J | A | |
| 189. Wells Fargo High Income Inv. (EKHIX) | A | Dividend | J | T | Buy (add'l) | 04/14/20 | J | | |
| 190. Western Ast Int Term Muni (SBTYX) | B | Dividend | L | T | Sold (part) | 04/14/20 | J | | |
| 191. Account #12 (H) | | | | | | | | | |
| 192. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 193. Ally Financial Inc (ALLY) | A | Dividend | K | T | Buy | 01/17/20 | K | | |
| 194. Blackstone Group Inc CL A (BX) | B | Dividend | L | T | Sold (part) | 01/17/20 | L | E | |
| 195. Carnival CP New Paired Com (CCL) | A | Dividend | | | Sold | 04/16/20 | J | | |
| 196. Carrier Global Corporation (CARR) | | None | | | Spinoff (from line 209) | 04/07/20 | J | | |
| 197. | | | | | Sold | 05/11/20 | J | | |
| 198. Corteva Inc. (CTVA) | A | Dividend | | | Sold | 08/10/20 | J | | |
| 199. CVS Caremark Common Stock (CVS) | B | Dividend | L | T | | | | | |
| 200. Dow Inc (DOW) | A | Dividend | J | T | | | | | |
| 201. Dupont De Nemours Inc. (DD) | A | Dividend | J | T | | | | | |
| 202. Enterprise Products Partners LP (EPD) | D | Dividend | L | T | | | | | |
| 203. General Motors Common Stock (GM) | A | Dividend | | | Sold | 08/10/20 | K | | |
| 204. Merck Common Stock (MRK) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Murphy Oil Common Stock (MUR) | A | Dividend | J | T | | | | | |
| 206. Murphy USA Inc. Com. (MUSA) | | None | J | T | | | | | |
| 207. Otis Worldwide Corp (OTIS) | A | Dividend | | | Spinoff<br>(from line 209) | 04/07/20 | K | | |
| 208. | | | | | Sold | 08/10/20 | K | | |
| 209. Raytheon Technologies Corp (RTX) | A | Dividend | K | T | | | | | |
| 210. Starbuck's Corp. Common Stock (SBUX) | B | Dividend | M | T | | | | | |
| 211. United Technologies Corp (UTX) | A | Dividend | | | Merged<br>(with line 209) | 04/07/20 | L | | |
| 212. United Health Group Common Stock (UNH) | C | Dividend | M | T | | | | | |
| 213. First Tr MLP & Eng Fund (FEI) | D | Dividend | L | T | | | | | |
| 214. IShares NASDAQ Biotech ETF (IBB) | A | Dividend | L | T | | | | | |
| 215. Hartford Floating Rate BD A (HFLAX) | B | Dividend | L | T | | | | | |
| 216. Legg Mason WA S/D Mun Inc A (SHDAX) | A | Dividend | L | T | | | | | |
| 217. Putnam Equity Income A (PAYAX) | A | Dividend | | | Sold | 06/01/20 | K | D | |
| 218. Putnam Equity Income C (PEQCX) | A | Dividend | | | Sold | 06/01/20 | K | C | |
| 219. Putnam Growth Opportunities A (POGAX) | | None | K | T | Buy | 06/01/20 | K | | |
| 220. Western Ast Int Term Muni A (SBLTX) | B | Dividend | L | T | | | | | |
| 221. Account #13 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. NW NVIT SP 500 Index II | | None | M | T | | | | | |
| 223. BlackRock Global Allocation V.I. III | | None | L | T | | | | | |
| 224. FidVIP Eq Inc Svc 2 | | None | L | T | | | | | |
| 225. NW NVIT Cardinal Affr II (Y) | | | | | | | | | |
| 226. NW NVIT Blueprint Aggr II (X) | | None | L | T | | | | | |
| 227. Account #14 (H) | | | | | | | | | |
| 228. Morgan Stanley Bank NA (Cash) | A | Interest | L | T | | | | | |
| 229. Altria Group Common Stock (MO) | B | Dividend | J | T | | | | | |
| 230. Daimler AG Common Stock (DDAIF) | A | Dividend | J | T | | | | | |
| 231. Davis New York Venture A (NYVTX) | | None | | | Sold | 06/01/20 | K | | |
| 232. Davis Opportunity A (RPEAX) | | None | K | T | Buy | 06/01/20 | K | | |
| 233. Account #15 (H) | | | | | | | | | |
| 234. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 235. Abbvie Inc Com (ABBV) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 237. Adobe Systems Common Stock (ADBE) | | None | J | T | Sold<br>(part) | 02/06/20 | J | B | |
| 238. Advance Auto Parts (AAP) | A | Dividend | J | T | Buy<br>(add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. AES Corp. Common Stock (AES) | A | Dividend | J | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 240. Akamai Technologies Common Stock<br>(AKAM) | | None | J | T | | | | | |
| 241. Alaska Air Group Common Stock (ALK)<br>(Y) | | | | | | | | | |
| 242. Alcon Inc (ALC) (X) | | None | J | T | | | | | |
| 243. Alexion Pharm Inc. (ALXN) | | None | J | T | | | | | |
| 244. Alibaba Hldg Ltd (BABA) | | None | J | T | | | | | |
| 245. Allergan Common Stock (AGN) | A | Dividend | | | Redeemed | 05/11/20 | J | C | |
| 246. Allison Transmn Hldgs Inc (ALSN) | A | Dividend | J | T | | | | | |
| 247. Alphabet Inc Cl A Common Stock<br>(GOOGL) | | None | | | Sold | 06/18/20 | J | D | |
| 248. Alphabet Inc Cl C Common Stock (GOOG) | | None | | | Sold | 08/03/20 | J | D | |
| 249. AMC Networks Common Stock (AMCX) | | None | J | T | | | | | |
| 250. Amer Intl GP Inc New (AIG) | A | Dividend | J | T | Sold<br>(part) | 03/23/20 | J | | |
| 251. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 252. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 254. American Express Common Stock (AXP) | A | Dividend | J | T | | | | | |
| 255. American Homes 4 Rent Common Stock<br>(AMH) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Amgen Inc (AMGN) (X) | A | Dividend | J | T | | | | | |
| 257. Anheuser Busch InBev SA Spon. Common Stock (BUD) | A | Dividend | J | T | | | | | |
| 258. Apple, Inc. Common Stock (AAPL) | A | Dividend | J | T | Sold (part) | 09/03/20 | J | A | |
| 259. Aptiv PLC (APTV) (X) | | None | J | T | | | | | |
| 260. Arista Networks Inc (ANET) | | None | J | T | | | | | |
| 261. Autodesk Inc Delaware (ADSK) | | None | J | T | | | | | |
| 262. Autozone Inc. (AZO) | | None | J | T | Sold (part) | 03/11/20 | J | A | |
| 263. Bank OZK (OZK) (Y) | | | | | | | | | |
| 264. Biogen Idec Inc. Common Stock (BIB) | | None | J | T | | | | | |
| 265. Biomarin Pharmac SE (BMRN) | | None | J | T | | | | | |
| 266. Blackrock, Inc. Common Stock (BLK) | | None | | | Sold | 01/08/20 | J | B | |
| 267. Bristol Myers Squibb Common Stock (BMY) | A | Dividend | | | Sold (part) | 09/23/20 | J | A | |
| 268. | | | | | Sold (part) | 10/02/20 | J | A | |
| 269. | | | | | Sold | 10/20/20 | J | A | |
| 270. Broadcom Corp. Common Stock (AVGO) | A | Dividend | J | T | | | | | |
| 271. Cerence Inc (CRNC) | | None | J | T | | | | | |
| 272. CH Robinson Worldwide Inc New (CHRW) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Charles Schwab New (SCHW) (Y) | | | | | | | | | |
| 274. CitiGroup Common Stock (C) | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 275. Citrix Systems, Inc. Common Stock (CTXS) | A | Dividend | J | T | Buy (add'l) | 09/08/20 | J | | |
| 276. Comcast Corp. CL A Special New Common Stock (CMCSA) | A | Dividend | K | T | Buy (add'l) | 02/19/20 | J | | |
| 277. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 278. Conagra Brands Inc (CAG) | A | Dividend | J | T | Sold (part) | 10/01/20 | J | A | |
| 279. Corteva Inc (CTVA) | A | Dividend | J | T | Buy | 01/10/20 | J | | |
| 280. Costco Wholesale Corp New (COST) | A | Dividend | J | T | | | | | |
| 281. Covetrus Inc (CVET) | | None | J | T | | | | | |
| 282. Cree Research Inc. Common Stock (CREE) | | None | J | T | Buy (add'l) | 01/10/20 | J | | |
| 283. Curtiss Wright Corp (CW) | A | Dividend | J | T | Buy | 10/02/20 | J | | |
| 284. CVS Health Corp Com (CVS) | A | Dividend | J | T | Buy (add'l) | 02/13/20 | J | | |
| 285. | | | | | Sold (part) | 09/15/20 | J | | |
| 286. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 287. Discovery Inc (DISCA) | | None | J | T | | | | | |
| 288. Dolby CL A Common Stock (DLB) | A | Dividend | J | T | | | | | |
| 289. DTE Energy Company (DTE) | A | Dividend | J | T | Buy | 05/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. Dupont De Nemours Inc. (DD) | A | Dividend | J | T | | | | | |
| 291. DXC Technology Company (DXC) | A | Dividend | J | T | Buy<br>(add'l) | 02/13/20 | J | | |
| 292. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 293. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 294. E*Trade Financial Corp New Com (ETFC) | | None | | | Sold | 02/21/20 | J | A | |
| 295. Ecolab Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 296. EQT Corporation Com New (EQT) | A | Dividend | J | T | | | | | |
| 297. Equinix Inc (EQIX) | A | Dividend | J | T | | | | | |
| 298. Equitable Hldgs Inc (EQH) (X) | A | Dividend | J | T | Buy<br>(add'l) | 01/17/20 | J | | |
| 299. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 300. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 301. Euronet Worldwide Inc (EEFT) | | None | J | T | Sold<br>(part) | 09/15/20 | J | | |
| 302. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 303. Exelon Corp. Common Stock (EXC) | A | Dividend | J | T | | | | | |
| 304. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 305. Fairfax Financial Hldg Sub Vtg (FRFHF) | A | Dividend | J | T | Sold<br>(part) | 09/15/20 | J | | |
| 306. Fidelity National Information SE (FIS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Fireeye Inc (FEVE) | | None | J | T | | | | | |
| 308. First American Finl Corp (FAF) | A | Dividend | J | T | | | | | |
| 309. Foot Locker Inc (FL) | A | Dividend | J | T | Sold (part) | 09/15/20 | J | | |
| 310. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 311. Freeport McMoran Common Stock (FCX) | A | Dividend | J | T | | | | | |
| 312. GATX Corp. Common Stock (GATX) | A | Dividend | J | T | | | | | |
| 313. Genl Dynamics Corp (GD) | A | Dividend | J | T | Buy | 06/25/20 | J | | |
| 314. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 315. Gray Television CL B Com (GTM) | | None | J | T | | | | | |
| 316. Guardant Health Inc (GH) (X) | | None | J | T | | | | | |
| 317. Home Depot Inc. Common Stock (HD) | A | Dividend | J | T | | | | | |
| 318. Honeywell Intl. Inc. Common Stock (HON) | A | Dividend | J | T | Sold (part) | 04/27/20 | J | A | |
| 319. | | | | | Sold (part) | 04/28/20 | J | A | |
| 320. IHS Markit Ltd (INFO) | A | Dividend | J | T | | | | | |
| 321. Ionis Pharmaceuticals Common Stock (IONS) | | None | J | T | | | | | |
| 322. Johnson & Johnson Common Stock (JNJ) | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 323. | | | | | Sold (part) | 03/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 03/13/20 | J | | |
| 325. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 326. Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | | | | | |
| 327. Keycorp New Common Stock (KEY) | A | Dividend | J | T | Sold (part) | 06/18/20 | J | | |
| 328. Kinder Morgan Incorp (KMI) | A | Dividend | J | T | Buy (add'l) | 03/16/20 | J | | |
| 329. | | | | | Sold (part) | 07/22/20 | J | | |
| 330. | | | | | Sold (part) | 07/24/20 | J | | |
| 331. | | | | | Sold (part) | 09/15/20 | J | | |
| 332. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 333. L3Harris Technologies Inc. (LHX) | A | Dividend | J | T | | | | | |
| 334. Liberty Media C Ser C Sirius XM Common Stock (LSXMK) | | None | J | T | | | | | |
| 335. Linde Plc (LIN) | A | Dividend | | | Sold (part) | 02/26/20 | J | A | |
| 336. | | | | | Sold | 03/06/20 | J | A | |
| 337. Lithia Motors Inc A (LAD) | | None | J | T | Buy | 10/01/20 | J | | |
| 338. McCormick and Co. Non Voting (MCK) (Y) | | | | | | | | | |
| 339. Medtronic PLC Common Stock (MDT) | A | Dividend | J | T | Buy (add'l) | 10/19/20 | J | | |
| 340. | | | | | Buy (add'l) | 10/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 342. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 343. Melco Resort Entmt LTD (MDT) (X) | | None | J | T | | | | | |
| 344. Merck & Co. Inc. New Common Stock (MRK) | A | Dividend | J | T | Sold (part) | 02/13/20 | J | A | |
| 345. MGIC Investment Corp. Common Stock (MTG) | A | Dividend | J | T | | | | | |
| 346. Microsoft Corp. Common Stock (MSFT) | A | Dividend | J | T | Sold (part) | 04/02/20 | J | C | |
| 347. Monster Beverage Corp New Com (MNST) (X) | | None | J | T | | | | | |
| 348. Murphy USA Common Stock (MUSA) | | None | J | T | | | | | |
| 349. National Oilwell Varco Inc (NOV) | A | Dividend | J | T | Sold (part) | 06/15/20 | J | | |
| 350. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 351. Netapp Inc Com (NTAP) | A | Dividend | J | T | Sold | 09/15/20 | J | | |
| 352. | | | | | Buy | 10/16/20 | J | | |
| 353. Now Inc (DNOW) | | None | J | T | | | | | |
| 354. Nuance Comm. Common Stock (NUAN) | | None | J | T | | | | | |
| 355. Nucor Corp. Common Stock (NUE) | A | Dividend | J | T | | | | | |
| 356. Nutanix Inc (NTNX) | | None | J | T | | | | | |
| 357. Nvidia Corporation (NVDA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. NXP Semiconductors NV (NXPI) (X) | | None | J | T | | | | | |
| 359. Occidental Petroleum Corp DE (OXY) | A | Dividend | | | Buy | 01/10/20 | J | | |
| 360. | | | | | Sold | 04/29/20 | J | | |
| 361. OneMain Holdings Common Stock (OMF) | B | Dividend | J | T | | | | | |
| 362. Oracle Common Stock (ORCL) | A | Dividend | J | T | Sold<br>(part) | 01/31/20 | J | A | |
| 363. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 364. | | | | | Sold<br>(part) | 02/19/20 | J | A | |
| 365. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 366. Ovintiv Inc (OVV) (was Encana Corp (ECA)) (Y) | | | | | | | | | |
| 367. Owens Corning Inc (OC) | A | Dividend | J | T | | | | | |
| 368. Palo Alto Networks Inc (PANW) | | None | J | T | | | | | |
| 369. Pebblebrook Hotel Tr. Com. Common Stock (PEB) (Y) | | | | | | | | | |
| 370. Pentair Ltd. Common Stock (PNR) | A | Dividend | J | T | | | | | |
| 371. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | Sold<br>(part) | 06/15/20 | J | | |
| 372. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 373. Progressive Corp Ohio (PGR) | A | Dividend | J | T | Buy | 01/13/20 | J | | |
| 374. Qualcomm Inc (QCOM) | A | Dividend | J | T | Sold<br>(part) | 04/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  Qurate Retail Inc Ser A (QRTEA) | A | Dividend | | | Buy | 01/10/20 | J | | |
| 376. | | | | | Sold<br>(part) | 09/15/20 | J | A | |
| 377. | | | | | Sold | 09/24/20 | J | A | |
| 378.  Raytheon Technologies Corp (RTX) | A | Dividend | J | T | | | | | |
| 379.  Reynolds Consumer Prods Inc (REYN) | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 380.  Salesforce.com Inc. (CRM) | | None | J | T | Buy<br>(add'l) | 08/03/20 | J | | |
| 381.  Sanderson Farms (SAFM) | A | Dividend | J | T | | | | | |
| 382.  Schlumberger Ltd (SLB) | A | Dividend | | | Sold | 03/11/20 | J | | |
| 383.  Seagate Technology PLC Common Stock (STX) | A | Dividend | J | T | | | | | |
| 384.  Sensata Technologies Hldg PLC (ST) (X) | | None | J | T | | | | | |
| 385.  Service Corp. Intl. Common Stock (SCI) | A | Dividend | | | Sold | 07/27/20 | J | A | |
| 386.  Six Flags Entmt Corp New (SIX) | | None | J | T | Buy | 06/16/20 | J | | |
| 387.  Sony Corp ADR 1974 New (SNE) (X) | | None | J | T | | | | | |
| 388.  Splunk Inc (SPLK) | | None | J | T | | | | | |
| 389.  Sprouts Farmers Market Inc (SFM) | | None | J | T | Sold<br>(part) | 05/21/20 | J | A | |
| 390.  Stanley Black & Decker Common Stock (SWK) | A | Dividend | J | T | | | | | |
| 391.  Suncor Energy Inc (SU) | A | Dividend | J | T | Sold<br>(part) | 09/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Buy<br>(add'l) | 10/16/20 | J | | |
| 393. Synchrony Fin. Common Stock (SYF) | A | Dividend | J | T | | | | | |
| 394. TE Connectivity Ltd. New (TEL) | A | Dividend | J | T | | | | | |
| 395. Texas Instruments Common Stock (TXN) | A | Dividend | J | T | | | | | |
| 396. Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 397. Total S A ADR (TOT) | | None | J | T | Buy | 07/23/20 | J | | |
| 398. Treehouse Foods Inc (THS) | | None | J | T | Buy | 10/12/20 | J | | |
| 399. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 400. Twitter Common Stock (TWTR) | | None | J | T | | | | | |
| 401. US Bancorp Com (USB) | A | Dividend | J | T | Sold | 09/15/20 | J | | |
| 402. | | | | | Buy | 10/16/20 | J | | |
| 403. Uber Technologies Inc (UBER) | | None | J | T | Buy | 01/10/20 | J | | |
| 404. Ulta Beauty Inc (ULTA) (X) | | None | J | T | | | | | |
| 405. Unilever PLC (New) ADS Common Stock (UL) | A | Dividend | J | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 406. United Parcel Service Inc. CL B Common Stock (UPS) | A | Dividend | J | T | | | | | |
| 407. United Technologies Corp (UTX) (X) | | None | | | Merged<br>(with line 378) | 04/07/20 | J | | |
| 408. Unitedhealth Group Inc (UNH) | A | Dividend | K | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. Verizon Communications (VZ) | A | Dividend | J | T | Buy<br>(add'l) | 07/16/20 | J | | |
| 410. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 411. Vertex Pharmaceuticals Common Stock<br>(VRTX) | | None | J | T | Buy<br>(add'l) | 06/09/20 | J | | |
| 412. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 413. Viacomcbs Inc CL B (VIAC) | A | Dividend | J | T | Sold<br>(part) | 06/15/20 | J | | |
| 414. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 415. Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |
| 416. Vistra Energy Corp (VST) | A | Dividend | J | T | | | | | |
| 417. VMWare Common Stock (VMW) | | None | J | T | | | | | |
| 418. Voya Finl Inc (VOYA) | A | Dividend | J | T | | | | | |
| 419. Vulcan Materials Co (VMC) | | None | J | T | Buy | 09/23/20 | J | | |
| 420. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 421. W.W. Grainger Common Stock (GWW) | A | Dividend | J | T | | | | | |
| 422. Walt Disney Co. Holding Common Stock<br>(DIS) | A | Dividend | J | T | | | | | |
| 423. Wells Fargo Common Stock (WFC) | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 424. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 425. | | | | | Sold<br>(part) | 06/15/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 07/16/20 | J | | |
| 427. | | | | | Sold (part) | 09/15/20 | J | | |
| 428. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 429. Western Digital Common Stock (WDC) | A | Dividend | J | T | Buy (add'l) | 01/14/20 | J | | |
| 430. | | | | | Sold (part) | 09/15/20 | J | | |
| 431. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 432. Weyerhauser Co. Common Stock (WY) | A | Dividend | J | T | | | | | |
| 433. Wheaton Precious Metals Corp (WPM) (X) | A | Dividend | J | T | | | | | |
| 434. Zoetis Common Stock (ZTS) | A | Dividend | J | T | | | | | |
| 435. Volkswagen AG RP PRF ADR (VWAPY) | A | Dividend | J | T | | | | | |
| 436. Ishares Core S&P US Growth (IUSG) | A | Dividend | | | Sold | 01/10/20 | J | A | |
| 437. | | | | | Buy | 06/15/20 | J | | |
| 438. | | | | | Sold | 07/16/20 | J | A | |
| 439. | | | | | Buy | 09/15/20 | J | | |
| 440. | | | | | Sold | 10/16/20 | J | A | |
| 441. Ishares Core S&P US Value (IUSV) | A | Dividend | | | Sold (part) | 01/10/20 | J | A | |
| 442. | | | | | Sold | 01/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy | 03/23/20 | J | | |
| 444. | | | | | Sold | 04/23/20 | J | A | |
| 445. | | | | | Buy | 06/15/20 | J | | |
| 446. | | | | | Sold | 07/16/20 | J | A | |
| 447. | | | | | Buy | 09/15/20 | J | | |
| 448. | | | | | Sold | 10/16/20 | K | A | |
| 449. Ishares Russell 1000 Grw ETF (IWF) | | None | | | Sold | 01/10/20 | J | A | |
| 450. Account #16 (H) | | | | | | | | | |
| 451. Morgan Stanley Bank (cash) (X) | A | Dividend | K | T | | | | | |
| 452. Baker Hughes A GE (BHGE) | A | Dividend | | | Sold | 08/10/20 | J | | |
| 453. Bank of America Corp. (BAC) | A | Dividend | K | T | | | | | |
| 454. Bristol Myers Squibb Common Stock (BMY) | B | Dividend | L | T | | | | | |
| 455. CBRE Clarion Global Real Estate Fund (IGR) | C | Dividend | K | T | | | | | |
| 456. Cohen & Steers CEF Opp Fd. Inc. (FOF) | B | Dividend | K | T | | | | | |
| 457. Kayne And Midstream/Engy FD (KMF) | B | Dividend | J | T | Sold (part) | 08/10/20 | J | | |
| 458. ACAP Strategic Interval (XCAPX) | | None | M | T | | | | | |
| 459. Hartford Municipal Opportunity (HHMCX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. Principal Investment Fund (PRFCX) | B | Dividend | L | T | | | | | |
| 461. Account #17 (H) | | | | | | | | | |
| 462. UBS Bank USA Bus Acct (Cash) | A | Interest | J | T | | | | | |
| 463. Dominion Resources Common Stock (D) | B | Dividend | L | T | | | | | |
| 464. Exxon Mobil Common Stock (XOM) | C | Dividend | K | T | | | | | |
| 465. Pepsico Common Stock (PEP) | A | Dividend | K | T | | | | | |
| 466. Walmart Common Stock (WMT) | B | Dividend | M | T | | | | | |
| 467. MFS Maryland Municipal Bond Fund (MFSMX) | B | Dividend | L | T | | | | | |
| 468. Account #18 (H) | | | | | | | | | |
| 469. UBS Bank USA (cash) | A | Interest | K | T | | | | | |
| 470. Energy Select Sector SPDR Fund ETF (XLE) | | None | | | Buy | 03/05/20 | K | | |
| 471. | | | | | Sold | 03/19/20 | J | | |
| 472. First Trust Financial Alphadex Fund ETF (FXO) | A | Dividend | | | Sold | 04/30/20 | K | D | |
| 473. IShares US Technology ETF (IYW) | A | Dividend | M | T | | | | | |
| 474. IShares US Healthcare ETF (IYH) | A | Dividend | L | T | | | | | |
| 475. IShares U.S. Consumer Goods ETF (IYK) | B | Dividend | M | T | | | | | |
| 476. IShares US Real Estate ETF (IYR) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  IShares US Consumer Services ETF (IYC) | A | Dividend | M | T | | | | | |
| 478.  IShares US Energy ETF (IYE) | | None | | | Sold | 03/05/20 | K | C | |
| 479.  Vanguard Financials ETF (VFH) | A | Dividend | K | T | Buy | 04/30/20 | K | | |
| 480.  IShares Core US Aggregate Bond ETF (AGG) | A | Dividend | M | T | Buy | 07/10/20 | M | | |
| 481.  IShares Floating Rate Bond ETF (FLOT) | B | Dividend | | | Sold | 07/10/20 | M | | |
| 482.  SPDR Portfolio Aggregate Bond ETF (SPAB) | A | Dividend | M | T | Buy | 07/10/20 | M | | |
| 483.  Vanguard Short-term Corporate Bond ETF (VCSH) | B | Dividend | | | Sold | 07/10/20 | M | D | |
| 484.  Vanguard Total Bond Mkt ETF (BND) | B | Dividend | L | T | | | | | |
| 485.  Account #19 (H) | | | | | | | | | |
| 486.  Abbvie Common Stock (ABBV) | A | Dividend | J | T | | | | | |
| 487.  Align Technology Common Stock (ALGN) | | None | J | T | | | | | |
| 488.  Alphabet Inc Cl A Common Stock (GOOGL) | | None | J | T | | | | | |
| 489.  Alphabet Inc Cl C Common Stock (GOOG) | | None | J | T | | | | | |
| 490.  Amazon Com. Inc. (AMZN) | | None | J | T | | | | | |
| 491.  Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 492.  Apple Inc. Common Stock (AAPL) | A | Dividend | J | T | | | | | |
| 493.  Centene Corp (CNC) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Cincinnati Financial. Corp. Common Stock (CINF) | A | Dividend | J | T | | | | | |
| 495. Citigroup Common Stock (C) | A | Dividend | J | T | | | | | |
| 496. CME Group Common Stock (CME) | A | Dividend | J | T | | | | | |
| 497. EOG Resources Common Stock (EOG) (Y) | | | | | | | | | |
| 498. Ecolab Inc. Common Stock (ECL) | A | Dividend | J | T | | | | | |
| 499. Edwards Lifesciences Corp (EW) | | None | J | T | | | | | |
| 500. Electronic Arts Common Stock (EA) | | None | J | T | | | | | |
| 501. Emerson Electric Co. Common Stock (EMR) | A | Dividend | J | T | | | | | |
| 502. Exxon Mobile Corp. Common Stock (XOM) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 503. Facebook Common Stock (FB) | | None | J | T | | | | | |
| 504. Fidelity National Information Services, Inc. (FIS) | A | Dividend | J | T | | | | | |
| 505. Five Below (FIVE) | | None | J | T | | | | | |
| 506. Ingersoll Rand Inc (was Ingersoll Rand PLC) (IR) | | None | J | T | | | | | |
| 507. Intuit Common Stock (INTU) | A | Dividend | J | T | | | | | |
| 508. JP Morgan Chase Co. Common Stock (JPM) | A | Dividend | J | T | | | | | |
| 509. Johnson & Johnson Common Stock (JNJ) | A | Dividend | J | T | | | | | |
| 510. Lincoln Nat'l Corp. Common Stock (LNC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  Lowe's Common Stock (LOW) | A | Dividend | J | T | | | | | |
| 512.  Mastercard (MA) | A | Dividend | J | T | | | | | |
| 513.  McDonald's Corp. Common Stock (MCD) | A | Dividend | J | T | | | | | |
| 514.  Microsoft Common Stock (MSFT) | A | Dividend | J | T | | | | | |
| 515.  Nextera Energy Inc. Common Stock (NEE) | A | Dividend | J | T | | | | | |
| 516.  Parsley Energy Inc (PE) (Y) | | | | | | | | | |
| 517.  Paypal Holdings Inc (PYPL) | | None | J | T | | | | | |
| 518.  Philip Morris Intl. Common Stock (PM) | A | Dividend | J | T | | | | | |
| 519.  Pioneer Natural Resources Common Stock (PXD) | A | Dividend | J | T | | | | | |
| 520.  Procter & Gamble Inc. Common Stock (PG) | A | Dividend | J | T | | | | | |
| 521.  Schwab Charles Corp (SCHW) | A | Dividend | J | T | | | | | |
| 522.  Southwest Airlines Common Stock (LUV) | A | Dividend | J | T | | | | | |
| 523.  Splunk Inc (SPLK) | | None | J | T | | | | | |
| 524.  Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 525.  Thermo Fisher Scientific Inc. Common Stock (TMO) | A | Dividend | J | T | | | | | |
| 526.  United Health Group, Inc. Common Stock (UNH) | A | Dividend | J | T | | | | | |
| 527.  Visa Inc. CL A Common Stock (V) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  Walmart Inc. (WMT) | A | Dividend | J | T | | | | | |
| 529.  Walt Disney Common Stock (DIS) | A | Dividend | J | T | | | | | |
| 530.  3M Co. Common Stock (MMM) | A | Dividend | J | T | | | | | |
| 531.  Vanguard 500 Index Admiral (VFIAX) | A | Dividend | K | T | Buy | 03/27/20 | K | | |
| 532.  T. Rowe Price Mid Cap Growth Fund (RPMGX) | | None | K | T | | | | | |
| 533.  Wells Fargo Special Mid Cap Value (WFMIX) | | None | K | T | | | | | |
| 534.  Glenmeade Small Cap Equity Instl (GTSCX) | A | Dividend | J | T | | | | | |
| 535.  Accenture PLC Cl A Common Stock (ACN) | A | Dividend | J | T | | | | | |
| 536.  Chubb Ltd. (CB) | A | Dividend | J | T | | | | | |
| 537.  Enbridge Inc. (ENB) | A | Dividend | J | T | | | | | |
| 538.  Harding Loevner International Equity (HLMIS) | | None | K | T | | | | | |
| 539.  Linde Plc (LIN) | A | Dividend | J | T | | | | | |
| 540.  Magna International (MGA) | A | Dividend | J | T | | | | | |
| 541.  T. Rowe Price International Value Equity Fund Int'l (TRIGX) | | None | K | T | | | | | |
| 542.  Trane Technologies (TT) | A | Dividend | J | T | Spinoff<br>(from line 506) | 03/04/20 | J | | |
| 543.  Baron Emerging Mkts. Fd. (BEXIX) | | None | J | T | | | | | |
| 544.  Causeway Emerging Mkts Fund (CEMIX) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 12/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. AQR Long/Short Equity Fd (QLEIX) | | None | | | Sold | 03/27/20 | J | | |
| 546. Robeco Boston Partners Long/Short Fd (BPIRX) | | None | | | Sold | 03/27/20 | J | | |
| 547. Nuveen Inter. Dur. Mun. Fund (NUVBX) | B | Dividend | M | T | Buy (add'l) | 03/30/20 | J | | |
| 548. Principal Preferred Sec. Ins (PPSIX) | A | Dividend | K | T | | | | | |
| 549. Pgim Sht Dur High Yld Inc Cl R6 (HYSQX) | A | Dividend | K | T | | | | | |
| 550. Tcw Emerging Markets Income Fund (TGEIX) | A | Dividend | J | T | | | | | |
| 551. Loomis Sayles Strategic Alpha Fund Y (LASYX) | | None | | | Sold | 01/28/20 | K | | |
| 552. Loomis Sayles Strategic Alpha N (LASNX) | A | Dividend | K | T | Buy | 01/28/20 | K | | |
| 553. American Tower Common Stock (AMT) | A | Dividend | J | T | | | | | |
| 554. Nuveen Real Estate Security Class I (FARCX) | A | Dividend | J | T | | | | | |
| 555. Salient Mlp Energy Infrastructure I (SMLPX) | A | Dividend | | | Sold | 03/27/20 | J | | |
| 556. Account #20 (H) | | | | | | | | | |
| 557. UBS Bank USA Dep Acct (Cash) | A | Interest | J | T | | | | | |
| 558. Blackrock Munivest Fund II (MVT) | B | Dividend | K | T | | | | | |
| 559. Blackrock Munivest Fund (MVF) | A | Dividend | K | T | | | | | |
| 560. Nuveen Select Tax Free Income Port 3 (NXR) | A | Dividend | K | T | | | | | |
| 561. BNY Mellon AMT-Free Mun Bond Fd Class A (DMUAX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wheeler, Thomas C.** | 12/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

The ticker symbol for U.S. Steel is (X).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544